**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**VADIM BRANITSKI,**

Plaintiff,

vs.

**BROADVIEW MEDIA, INC.,** a Minnesota corporation,

Defendant.

---

Civil No. 00-CV-2212 ADM/AJB

**STIPULATION TO AMEND SCHEDULING ORDER**
AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned respective counsel, that the Scheduling Order in this action be amended to reflect the following:

1. Plaintiff shall provide Defendant with and the full disclosures required by Rule 26 (a)(2)(B), accompanied by the written report prepared and signed by the expert witness on or before July 2, 2001.

2. Defendant shall disclose the identity of expert witnesses under R 26 (a)(2)(A) and the full disclosures required by Rule 26 (a)(2)(B), accompanied by the written report prepared and signed by the expert witness on or before September 3, 2001.

Dated: June 26, 2001

Sue R. Roemer

Richard A. Ross (MN I.D. # 181791)
Sue R. Roemer (MN I.D. # 3055327)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

ATTORNEYS FOR DEFENDANT

FILED JUL 0 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BROADVIEW MEDIA, INC.

Dated: June ____, 2001

______________________________
Don H. Nichols (MN. I.D. # 78918)
NICHOLS, KASTER, & ANDERSON
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-338-1919
ATTORNEY FOR PLAINTIFF
VADIM BRANITSKI

**ORDER**

**IT IS SO ORDERED.**

Dated: 7/3, 2001

______________________________
Arthur J. Boylan
United States Magistrate Judge