UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Vadim Branitski,

Plaintiff,

vs.

Broadview Media, Inc.,
a Minnesota Corporation,

Defendant.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Court File No. 00-CV-2212 ADM/AJB

---

**IT IS HEREBY STIPULATED AND AGREED** by the parties through their respective undersigned attorneys, that Plaintiff may answer or otherwise respond to Defendant's Motion for Partial Summary Judgment in this case up to and including September 28, 2001.

**IT IS FURTHER STIPULATED AND AGREED** by the parties through their respective undersigned attorneys, that Defendant may reply to Plaintiff's response in this case up to and including October 12, 2001.

Dated: September 18, 2001

NICHOLS KASTER & ANDERSON, PLLP

Donald H. Nichols #78918
Paul J. Lukas #22084X
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 19, 2001

FREDRIKSON & BYRON, P.A.

Richard A. Ross #181791
Suzanne R. Roemer #305327
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7022

ATTORNEYS FOR DEFENDANT
BROADVIEW MEDIA, INC.

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated: September 20, 2001

BY THE COURT

Honorable Ann D. Montgomery
Judge of the United States District Court