**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**VADIM BRANITSKI,**

Plaintiff,

vs.

**BROADVIEW MEDIA, INC.**

Defendant.

Court File No.: 00-CV-2212

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that this action, having been resolved, is hereby dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: November 1, 2001

Donald H. Nichols (MN ID#78918)
NICHOLS KASTER & ANDERSON
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF
VADIM BRANITSKI

Dated: December 5, 2001

Richard A. Ross (MN I.D. #181791)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

ATTORNEYS FOR DEFENDANT
BROADVIEW MEDIA, INC.



DEC 7 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

**BASED ON THE FOREGOING**:

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 6, 2001

By: [signature]
ANN D. MONTGOMERY
United States District Court Judge

::ODMA\PCDOCS\FBDOCS1\2574867\1